**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRISTINA MUNOZ,**

        **Plaintiff,**

**-vs-**                                                           **Case No. 6:11-cv-1108-Orl-22KRS**

**PATRIOT PRO CLEANING, LLC d/b/a**
**Living Clean Solutions,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement (Doc. No. 21) filed on January 6, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, including the Joint Notice of Non-Objection (Doc. No. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 12, 2012 (Doc. No. 22) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement (Doc. No. 21) is GRANTED in part.

3. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.  Further, the Court finds the amount of fees sought appears reasonable on its face, considering the activity reflected in the docket and the successful result.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 20, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record